MR

September 15, 2025

Anastasia Marie (Guerrero) Repika

# RN, BSN

August 2020 Chamberlain University

RECEIVED

DEC 09 2025 JKS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Included in letter

1. Chronological Timeline
2. State and federal laws
3. Sections/Codes
4. Practice Areas of Law
5. Credentials and experience
6. Credible Forms of evidence
7. Conclusion
8. Credible Resources

1:25-cv-15070
Judge Lindsay C. Jenkins
Magistrate Judge Heather K. McShain
RANDOM/ Cat 1

## Chronological timeline

7/28/2018: Strangled until unconscious on the night of 07/28, Nose broke in 2 spots, called 9-1-1, brought into a cell for no reason, instead of the hospital, for approximately 12 hours, cried related to pain and requested to go to hospital. Went to Lake Regional Hospital in Osage Beach, MO the following day with noted of strangulation and 2 nasal fractures.

**10/2020 to 3/2021: RN Weekend Supervisor: Worked in LTC and Rehab and in COVID Unit, 21 to 25 dollars an hour, which is high wage violations/theft, not even half a RN BSN supervisor annual salary, and associated with employment law and fraud. A FMLA request was made 3/24/21 at Good Shepherd Care Center in Versailles, MO**

3/2021: RN Weekend Supervisor in **Versailles, Missouri** at **GSCC**: Worked in LTC and Rehab and in COVID Unit with OT. 6 months postpartum, breastfeeding, 3 older children: Ages 10 and under, 3/1/2021 start of FNP program at Chamberlain. 1/2021 and 3/1/2021 received Moderna Vaccine.

3/13/2021: Not the one with addiction or harm to self and/or other(s): followed critical thinking and CPI and Called emergency services for back up 3/13/2021. CRMC in JC, MO-

Hypokalemia/Generalized body ache, (medical), bruising/t DV. No mental health concerns or previous concerns, and/or risk to self or others.

3/14/2021: Drove to IL out of state for a **visit** and **relax** weekend with my 4 kids. Carle- Generalized body ache, DV packet. Not a risk to self or others.

3/15/2021: **GOMC- Glendale Heights, IL** (location important in timeline and out of the blue, and coming for a **visit** out of state- resulted in an improper, illegal admission, even though had hypokalemia, full time RN, breastfeeding, mom of 4 boys, approximately 6 months normal baby blues, a history of no psych concerns, and not the one harm to self/others or with addiction. Not properly titrated off 150 MG of Sertraline, and managed by my OB/GYN. Associated with malpractice with a false claim, causing mental anguish to a stable, healthy mom and young lady and did not fall under the guidelines for an inpatient admission to a unit like so, considering motive and in hopes to use as advantage for malicious intent. I was fully insured through employer insurance at this time.

3/19/2021- 4/1/2021: **Went for a visit out of town with my 4 kid(s) and mom, fraudulent DFS out of jurisdiction transpired during that time with hearsay and perjury in which I was threatened with intimidation, force, and words like "or else," to sign a document, after an illegal inpatient admission, with unnecessary time off of work and from my kids, and associated with criminal healthcare fraud malpractice with intentional infliction of emotional distress, in which I was not the person a harm to self and/or others and with addiction and without stable work or career. The costs from said criminal healthcare fraud and malpractice at Glen Oaks are a total of $17,639.06.**

There is strong evidence, texts, police reports, and other real evidence to share that there was no grounds of removal from stable, healthy, parent (mom- I), for admission, and again out of jurisdiction, in Illinois for a **visit** out of state. My 4 children were ages 10 and under, the youngest being 6 months old. I requested FMLA paperwork 3/24/2021 from Good Shepherd Care Center employer where I received improper wages for a RN weekend supervisor during a COVID pandemic. While a good amount of my money was **taken out of my bank account, in which there was a total of around $17,000.** Associated with intentional infliction of emotional distress to myself and 4 minors.

7/2021: During this time, involved with **NM in Winfield IL** for outpatient services and the DFS worker threatened me with "or else" statements, I was attempted to put on 500 mg of seroquel, 250 mg of wellbutrin, and other psychotropics, even though I had no psych concerns or history of, with no indications for. Also, an illegal and improper admission even though not a harm to self or others or any type of addictions. Therefore being malice with intent to harm, malpractice, chemical restraint, and such else, considering, vital timeline.

10/2021: Remeron 15 MG

11/2021: Signed a new lease in the state of MO, the state of residence my 4 children and I lived in.

12/2021: By proxy, intentional infliction of emotional distress to self and child(ren), as my ex spouse, whom I was going through a divorce with, left the state of MO with our infant child while I was at work.

03/2022: Miscarriage of twins at around 11 weeks and a D&C under anesthesia performed at **Boone**, considering almost 3 months pregnant already.

08/2021 to 06/2022: My kids and I, communicating with a "professional," in which I paid out of pocket, private costs. Associated with HIPAA and criminal healthcare fraud.

06/2022: BJH- my 10 month old baby hospitalized

08/2022: COVID 08/08/2022 and had to be off of work, call made to COVID hotline, 8/10/2022 went to ER with COVID. (Medical). 8/12/2022 Went to ED at **ABMC in Elk Grove village, IL** with Covid symptoms of nausea, body ache, trouble sleeping or too much, chills, and overall, "not feeling well," admitted to improper inpatient setting with a false claim ran through my employer offered health insurance, Aetna, where documented "SIB by cutting," in which I have no cut marks, nor stated. Attempted to give 15 mg abilify (high dose with no indication for) & IM haldol. Associated with criminal healthcare fraud, malice with intent to harm, chemical restraint, false claim, assault, and HIPAA, following vital timeline, and the fact that I worked for said company from the year 2014 to 2018. Credentials and experience below.

01/2025 to 03/2025: 2017 Dodge Journey taken into Walmart for new battery on 01/06/2025. Dodge taken in for an oil change 01/07/2025: No recommended services listed, besides battery, in which I brought back to Walmart for a battery Swap on 01/07/2025. Went out of town the weekend of 01/17/2025 with a

running car with no concerns. Progressive claim made for a totaled car after an accident on a parked 2017 Dodge Journey & ran through full coverage auto insurance. Totaled from get and not fixed properly. Currently have not had a vehicle since said incident, in which should have been totaled out and fully covered, relating to torts (damage to property) and fraud, as vehicle fully covered by insurance. Paid approximately 1500 for deductible repairs on a totaled vehicle in Columbia, MO. **As of 11/1/2025 accrued $27, 675.82 in damages** which accrue daily and inaccurate credit reported to Credit Bureau in which impacts car buying.

State and federal laws associated

a. Assault
b. False imprisonment
c. Employment Law: Wage and hour theft, FMLA
d. Healthcare Laws & Regulations: Criminal Healthcare fraud, Malpractice, negligence, malice with intent to harm, Hippa violations, Invasion of privacy/Breach, false claims, false documentation
e. Employment Law: Hiring and/or threats of termination, retaliation/harassment
f. Pregnancy Discrimination: Pregnancy, Postpartum, Breastfeeding
g. Intentional Torts
h. Perjury
i. Various forms of abuse: Intentional infliction of emotional distress, psychological, financial, physical, seclusion/isolation.

Fraud

1. Financial fraud
2. Criminal healthcare fraud
3. Health insurance Fraud
4. DFS and Custody Fraud with intimidation, threats, and force
5. Auto insurance fraud

Sections, Codes, & Violations

USC 1621 & 1623 Violations: Perjury: Overview of 18 U.S.C 1621 and Violations 1623

Illinois Court Rule 137 and Section 2-611: Untrue and improper pleadings

Section 2258 of Title 18: Failure to report child abuse

CRM 978, Section III, B: HIPAA- Facilitate the enforcement of

the civil, criminal, and administrative statutes applicable to health care

CRM 2011: OSHA- Criminal Violations

Title 30 USC 820(f): False statement, representation, or certification

18 USC. 2314: Fraud

18 USC 1751(e): Assault

29 USC 530: Deprivation of Rights by Violence

18 USC Section 242: Law Enforcement Misconduct

Title 8, Civil Rights, Section 8.2 210- Section 8.2 215: Employment Litigation Section

Title 8, Civil Rights, Section 8.2 230- Section 8.2 237: Housing & Civil Enforcement Section

Title 8, Civil Rights, Section 8.2 220- Section 8.2 222: Educational Opportunities Section

CRM 949: Proof of fraudulent intent

42 USC 2000e-17:

18 USC 1851(e):

Section 205:

Title 4, Civil, Section 4.5.140: Torts

Section 2651 to 2653, Title 42:

Title 9, Criminal, Section 9-44.00:

## Practice Areas of Law

a. Employment law: Wage theft and Equal pay act
b. Malpractice: Negligence
c. Healthcare Compliance and regulations
d. Federal regulatory law
e. Bad faith insurance
f. Medication Mistake
g. Misdiagnosis
h. Emergency room error
i. Employment law: Unlawful Retaliation, Whistleblowing suits, Workplace violence/hostility
j. Employment law: Hiring and Discriminatory Termination, Promoting
k. Generalized Civil Litigation

l. Defamation and slander

Hospitals :

- 3/2021 Glen Oaks Medical Center (GOMC)- Glendale Heights, Il
- 7/2021 NM- Winfield, IL
- 4/2022 Right Road Counseling- Jefferson city, MO
- 08/2022 ABMC- Elk Grove Village, IL

Employers:

- **Good shepherd Care Center 10/2020 to 03/2021- Versailles, MO:** High Wage violations, pregnancy discrimination/breastfeeding, other discrimination, FMLA, overtime
- **Heisinger Bluffs 07/2018 to present- JC, MO:** wrongful termination **10/21/2025,** wage violations, unlawful retaliation, pregnancy discrimination, other discrimination, overtime
- **Legacy healthcare—Bella Terra 01/2024 Bloomingdale, IL:** Wage violations, unlawful retaliation, failure to promote within, intentional harassment with repeated violations, discrimination, manipulating scheduled hours and benefits with little to no notification
- **Shiftkey Agency-** Varies, however mostly legacy buildings.

10/10/25: Healthcare licensure defense related to unlawful retaliation after malpractice and above timeline, and actual defamation of positive character/qualities, slander, even though have NO history of misconduct.

The significant timeline above, can be associated with motive for harassment, repeated violations, intentional torts, intentional infliction of emotional distress, and major employment law matters in which a full disclosure/knowledge has been made 10/2025 with strong and tremendous amounts of evidence.

Kids Date of Births :

- 09/10/2010
- 01/15/2013
- 06/12/2014
- 08/8/2020
- D&C MISCARRIAGE 03/08/2022

Mental anguish:

**Psychological harm** caused by another party's intentional or negligent actions.

- **Intentional infliction of Emotional Distress**: Defendant acts intentionally or recklessly with the goal of **causing emotional suffering** through "extreme and outrageous" **conduct** that exceeds all bounds in decency, physical injury is not a requirement, and adversely or **intentionally causes mental anguish** and impacts personal and professional life.
- **Negligent infliction of Emotional Distress**: Arises from a defendant's carelessness (**negligence**) that unintentionally **causes significant emotional harm/distress** and causes **physical manifestation of distress** or puts the plaintiff in the **"zone of danger"** of physical harm.
- **Defamation**: The act of harming another's reputation by making false statements that causes another financial and emotional harm. It can be written, **libel**, and/or spoken, **slander**.

**Duty of care and breach**: The defendant had legal obligation to act with reasonable care or acted with **deliberate malice** and **violated that duty** with extreme behavior.

Malpractice definition:

A form of **negligence** when a medical professional, purposefully or accidentally mistreats a patient.

The wrong or **injudicious treatment** must result in **unnecessary suffering**, or death to a patient.

**Stems from ignorance, carelessness, lack of proper professional skills, the disregard of established rules, neglect, or malicious criminal intent.**

**The purposeful or accidental acts can potentially impact the health, safety, and finances of a patient.**

When this happens, liability exists, which can result in a **lawsuit being filed** whether acted in good faith or not.

Legal Malpractice definition:

An **attorney's negligent action** to file a lawsuit on my behalf that is above 10,000 small claims civil lawsuit or **advice causes client damages**.

Credentials and experience

Credentials & Career history: Attachments provided

a. Resume
b. NURSYS
c. Linkedin: http://linkedin.com/in/anastasia-repika-

317-95142

d. Missouri Registry Search with no history of misconduct:
Anastasia Guerrero
https://mo.tmutest.com/people/234108/details

I want to reiterate the fact that I have been a mentor and educator my 15+ years in nursing and worked Charge Nurse, Supervisor, & Leadership roles with great assessment skills, nursing judgement, as well as read through a medical record and properly and professionally decipher and interpret, so I am well aware of much, and able to provide various strong examples and attachments.

## Forms of proof and/or examples

Photos

Pay Stub

Medical Records

Police Report

Videos

Video surveillance

Scenarios/case studies/results

Audio surveillance

Voice recording

Text messages

Emails

Bank statements

College Transcripts

Kids School Records

Criminal Background Check

Court Records

Court Audio recordings

National Database

Paternity Test/CP Orders

## Conclusion

The clear important timeline above, exhibits the fact that

multiple state and federal laws were broken with various forms of fraud. Thus, also violating multiple healthcare laws, and regulations. **Viable timeline** shares intentional infliction of emotional distress and other forms of torts that **would** debilitate or disable a person. Essentially, when viewing the viable timeline above, and credible evidence that is readily available, a precise understanding of a **motive** can be transcribed.

My credentials and experience reveals knowledge in multiple settings, pharmaceuticals being foremost. Consequently, knowing the damages said medications cause and black box warnings, clear malice with intent to harm.

Thus, being a blatant disregard to uphold professional duties, and **imposing multiple safety risks**.

Evidently, reflecting on **employment matters and laws**. As well as other concerning matters, **not mentioned in this letter,** however, promptly available.

**Considering, the amount of strong and tremendous evidence for all, it is apparent I have been honest initially, currently, and throughout. Seemingly transparent of unnecessary pain and suffering with perceivable repetitive intentional infliction of emotional distress, defamation, and slander, both personally and professionally.**

In summary, the **impact to financial, health, safety, physical, and emotional wellbeing, is obvious, and also affecting my 4 minors**. Therefore, **conspicuous in repeated harassment, repeated violations, and unlawful retaliation**, throughout and presently. Thus, relevant when examining the **precise timeline**.

**I hope this letter provides an enhanced visualization to provide clarity in the serious and concerning matters in whole and the strong case, I am submitting. As a mom of 4 boys, and Registered Nurse Mentor, I am continuously being assertive and adamant in these concerning matters and will persistently advocate as such. Legal action being necessary.**

## Credible Resources


- (N.d.-d).
- *Award condition: Policy for response to workplace-related incidents of sexual misconduct, domestic violence, and dating violence*. Office on Violence Against Women (OVW). (2025b, August 8). https://www.justice.gov/ovw/award-condition-policy-

response-workplace-related-incidents-sexual-misconduct-domestic-violence

- Centers for Disease Control and Prevention. (n.d.). *Symptoms of COVID-19*. Centers for Disease Control and Prevention. https://www.cdc.gov/covid/signs-symptoms/index.html
- *Harassment*. U.S. Equal Employment Opportunity Commission. (n.d.). https://www.eeoc.gov/harassment
- *Illinois Criminal Justice Information Authority*. ICJIA. (n.d.). https://icjia.illinois.gov/researchhub/articles/comprehensive-legal-services-for-victims-of-crime
- Lewis, S. (n.d.). *Medical- Surgical Nursing* (9th ed., Vol. 2). Elsevier .
- McGarity , T. (2025). *Comprehensive Core Competency Nursing, Providers and Clinicians*, 1–210.
- Misdiagnosis, failure to diagnose & related legal claims | Medical Malpractice Legal Center | Justia. (n.d.). https://www.justia.com/injury/medical-malpractice/common-types-of-medical-malpractice/misdiagnosis-and-failure-to-diagnose/
- Murray, S. S., McKinney, E. S., Holub, K. S., Jones, R., & Scheffer, K. L. (2024). *Study guide for foundations of maternal-newborn and women's Health Nursing, Eighth Edition*. Elsevier.
- *Overview of the privacy act: 2020 edition*. Office of Privacy and Civil Liberties. (2022, December 15). https://www.justice.gov/opcl/overview-privacy-act-1974-2020-edition/disclosures-third-parties
- *Pregnancy Discrimination and Pregnancy-Related Disability Discrimination*. EEOC. (n.d.). Pregnancy Discrimination and Pregnancy-Related Disability Discrimination
- Presidential documents. (n.d.-a). https://www.govinfo.gov/content/pkg/FR-2000-12-26/pdf/00-33004.pdf
- Registered nurse supervisor (RN) salary | salary.com. (n.d.-b). https://www.salary.com/research/salary/alternate/registered-

nurse-supervisor-rn-salary

- Rule 8.4: Misconduct. (n.d.-c). https://www.americanbar.org/groups/professional_responsibility/publications/model_rules_of_professional_conduct/rule_8_4_misconduct/

- Webmaster, C. (2025, October 5). *What is tort law?*. ILR. https://instituteforlegalreform.com/blog/what-is-tort-law/

- WebMD. (n.d.). *Coronavirus symptoms: Early signs, serious symptoms*. WebMD. https://www.webmd.com/covid/covid-19-symptoms

Anastasia Repka
65 Salt Creek Rd
Roselle, IL 60172

RECEIVED

DEC 09 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Everett McKinley Dirksen
U.S. Courthouse
219 S. Dearborn St.
Suite 2444
Chicago, IL 60604-1834

DO NOT BEND

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$15.40
Origin: 60047
12/04/25
1642840047-19

PRIORITY MAIL®

0 Lb 1.70 Oz
RDC 03

EXPECTED DELIVERY DAY: 12/08/25

C005

SHIP
TO:
STE 2444
219 S DEARBORN ST
CHICAGO IL 60604-1834

USPS SIGNATURE® TRACKING #

9510 8137 0226 5338 2536 85

DO NOT BEND